No. 13,011.

STATE OF COLORADO EX REL. DANCELAND AMUSEMENT COMPANY *v.* MILLIKEN, MANAGER OF SAFETY.

(14 P. [2d] 1119)

Decided October 3, 1932.

Judgment affirmed en banc without written opinion.

---

Mr. THOMAS H. GIBSON, Mr. CLARENCE R. ANDERSON, for plaintiff in error.

Mr. JAMES D. PARRIOTT, Mr. ROBERT J. KIRSCHWING, for defendant in error.